# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:06-cv-482-FDW

| | |
|---|---|
| IN RE: ) <br> HLM DESIGNS, INC., et al., ) <br> ) <br> Debtors. ) <br> ) <br> _____ ) <br> ) <br> STEPHEN GRAY, as Liquidating Trust ) <br> Administrator of the HLM Design, Inc., ) <br> Liquidating Trust, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DELOITTE & TOUCHE, LLP, ) <br> ) <br> Defendant. ) <br> _____ ) | ORDER |

THIS MATTER comes now before the Court *sua sponte* for administrative purposes. The Court notes that the above-captioned matter, having been referred to the bankruptcy court for pretrial matters, has been resolved in full. (See Bankruptcy Case No. 06-03245, Doc. Nos. 67, 68.) Accordingly, the Clerk of Court is ordered to close the case.

IT IS SO ORDERED.        Signed: July 14, 2009

Frank D. Whitney
United States District Judge